**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
STEPHEN MICHAEL GALLUCCI,

                Plaintiff,                22 **CIVIL** 3174 (ALC)

      -v-                          **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 15, 2023, Plaintiff's motion for judgment on the pleadings (ECF No. 12) is GRANTED IN PART and DENIED IN PART and Defendant's motion for judgment on the pleadings (ECF No. 15) is GRANTED IN PART and DENIED IN PART. This case is remanded to the Commissioner for further proceedings consistent with the opinion.

**Dated:**  New York, New York
           December 19, 2023

                                                            **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                **BY:**       K. Mango

                                                                  **Deputy Clerk**